UNITED STATES of America, Plaintiff–Appellee,

v.

Yulian CARILLO–TAMAYO, a/k/a Frank, Defendant–Appellant.

No. 15–7783.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 23, 2016.

Decided: Feb. 26, 2016.

Yulian Carillo–Tamayo, Appellant Pro Se. Stanley D. Ragsdale, Jane Barrett Taylor, Assistant United States Attorneys, Columbia, South Carolina, for Appellee.

Before MOTZ and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Yulian Carillo–Tamayo appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Carillo–Tamayo*, No. 5:12–cr–00563–MBS–2 (D.S.C. Oct. 26, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*